FILED
March 23, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>GEORGIY TIMOFEY,<br>        Defendant. | Case No. CR.S-08-0468-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release GEORGIY TIMOFEY, Case No. CR.S-08-0468-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_\_    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of: $25,000.00 and Title of Subject Vehicle.

            _X_    Unsecured Appearance Bond - ($25,000)

            _X_    Appearance Bond with Surety - (Title of subject vehicle)

            _X_    (Other) Conditions as stated on the record.

            _X_    (Other) Defense counsel is to submit the title of subject vehicle to the Clerk of Court no later than 03/30/09.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/23/09 at 2:50pm.

By _____
Edmund F. Brennan
United States Magistrate Judge