

FILED

JAN 2 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1 | HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
2 | 1478 Stone Point Drive, Suite 400
Roseville, California 95661
3 | Telephone: (916) 622-1703
Fax: (916) 760-2767
4 | email: chrishaydn@sbcglobal.net

5 | Attorney for Defendant
GEORGIY TIMOFEY

6 |

7 |                IN THE UNITED STATES DISTRICT COURT

8 |           FOR THE EASTERN DISTRICT OF CALIFORNIA

9 |

10 | UNITED STATES OF AMERICA,        )  CASE NO. 08-0468 KJM
                                     )           2nd
11 |                Plaintiff,        )  STIPULATION; [PROPOSED] ORDER
                                     )  ALLOWING GEORGIY TIMOFEY TO
12 | v.                              )  COPY SECTIONS OF HIS PASSPORT
                                     )
13 | GEORGIY TIMOFEY,                 )  Date:
                                     )  Time:
14 |                                 )  Judge: Hon. Dale A. Drozd
                    Defendant.       )
15 |                                 )
                                     )
16 |

17 |      Defendant, GEORGIY TIMOFEY, through Christopher Haydn-Myer,

attorney at law, and the United States of America, through Assistant
18 |
U.S. Attorney Dominique Thomas, agree as follows:
19 |
        Magistrate Judge Edmund F. Brennan ordered that defendant TIMOFEY
20 |
be released on a $25,000.00 unsecured bond and the title to his 1996
21 |
Toyota Corolla [DKT 59]. Also, TIMOFEY's passport was delivered to the
22 |
United States Eastern District court clerk's office on the fourth
23 |
floor.
24 |
        TIMOFEY, with the assistance of Russian Interpreter Eduard
25 |
Hairullin, requested that counsel get permission from the Court to
26 |
allow him to obtain photocopies of his passport.  The reason for the
27 |
request is that TIMOFEY is attempting to gain employment, and the
28 |

1  employer is asking for copies of his passport.

2

3  Dated: <u>January 20th, 2012</u>

                                      Respectfully submitted,

4

                                      /s/ Christopher Haydn-Myer

5

                                      CHRISTOPHER HAYDN-MYER

6                                        Attorney for Defendant
                                      GEORGIY TIMOFEY

7

8  DATED: <u>January 20th, 2012</u>

                                      BENJAMIN B. WAGNER
                                      United States Attorney

9

                                      <u>/S/ Christopher Haydn-Myer for</u>

10                                       Domonique Thomas
                                      Assistant U.S. Attorney

11

12

13                               **ORDER**

14 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that TIMOFEY, with the

15 assistance of his counsel, Christopher Haydn-Myer, obtain photocopies

16 of his passport from the United States Eastern District court clerk's

17 office on the fourth floor.

18

19 Dated: <u>1/24/12</u>

                                      _Dale A. Drozd_

20                                     Hon. Dale A. Drozd
                                    United States Magistrate Judge

21

22

23

24

25

26

27

28