HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
GEORGIY TIMOFEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-0468 KJM |
| Plaintiff, | STIPULATION AND ORDER MODIFYING MR. TIMOFEY'S SECURED BOND |
| v. | |
| GEORGIY TIMOFEY, | Date: |
| | Time: |
| Defendant. | Judge: Hon. Dale A. Drozd |

    Defendant, GEORGIY TIMOFEY, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Dominique Thomas, agree as follows:

    Magistrate Judge Edmund F. Brennan ordered that defendant TIMOFEY be released on a $25,000.00 unsecured bond and the title to his 1996 Toyota Corolla [DKT 59].

    TIMOFEY, with the assistance of Russian Interpreter Eduard Hairullin, spoke with counsel about modifying the terms of his release. TIMOFEY said that on December 27, 2011, the Elkhorn Smog inspection station tested the Toyota Corolla that was used as the surety for TIMOFEY's Bond, and the test results indicated that the Toyota "exceeded the gross polluter limits."

1

1  TIMOFEY explained that he would like to sell the Toyota, but he
2 must first obtain the car's title, and the title is in the possession
3 of the court clerk.  TIMOFEY suggested that the title to the Toyota
4 Corolla be replaced with title to his wife's (Vera G. Timofey) 1996
5 Volkswagen.
6  The parties are in agreement that TIMOFEY's conditions of release
7 may be modified to allow the title to the Toyota Corolla that was used
8 as the surety for TIMOFEY's Bond to be returned to TIMOFEY, but only
9 after title to TIMOFEY's wife's 1996 Volkswagen has been deposited
10 with the Court Clerk's Office.

Dated: <u>January 27th, 2012</u>

Respectfully submitted,

/s/ Christopher Haydn-Myer

_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
GEORGIY TIMOFEY

DATED: <u>January 27th, 2012</u>

BENJAMIN B. WAGNER
United States Attorney

<u>/S/ Christopher Haydn-Myer for</u>
Domonique Thomas
Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that TIMOFEY's conditions of release may be modified to allow the title to the Toyota Corolla that was used as the surety for TIMOFEY's Bond to be returned to TIMOFEY, but only after title to TIMOFEY's wife's (Vera G. Timofey)

///

///

2

1996 Volkswagen has been deposited with the Court Clerk's Office on the fourth floor.

DATED: January 27, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1:CRIM
timofey0468.stipord.modify-secured-bond.wpd