HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA. BAR # 176333
1478 Stone Point Drive, Suite 400
Roseville, CA 95661
Telephone: (916) 622-1703
Facsimile:  (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
GEORGIY TIMOFEY

IN THE UNTED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. 08-468 KJM |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND |
|  | ) | ORDER RE: EXONERATION OF |
| v. | ) | BAIL FOR GEORGIY TIMOFEY |
|  | ) |  |
| GEORGIY TIMOFEY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

The United States of America, through its attorney of record, Assistant U.S. Attorney Matthew D. Segal, and defendant Georgiy Timofey, through his attorney, Christopher Haydn-Myer, hereby agree and stipulate to the exoneration of the secured and unsecured bail for defendant Georgiy Timofey.  Specifically, the parties agree that the Certificate of Title to the 1996 Volkswagen registered to Vera G. Timofey, 3VWRA81H8TM067998, can be released from the Court Clerk's Office and returned to Vera Timofey.  The basis for this stipulation is as follows:

1.   Mr. Georgiy Timofey was sentenced to serve 270 days in the custody of the Board of Prisons, and he was ordered to self-surrender on January 6, 2014.  As part of his terms of his release

pending the completion of his criminal case, as bond Mr. Georgiy Timofey posted the Certificate of Title to a 1996 Volkswagen.

    2.    Counsel has been informed that Mr. Timofey has self-surrendered, and he is currently in custody.

    3.    The parties agree that the Certificate of Title to the 1996 Volkswagen registered to Vera G. Timofey, 3VWRA81H8TM067998, can be released from the Court Clerk's Office and returned to Vera Timofey.

**IT IS SO STIPULATED.**

DATED: February 7, 2014        BENJAMIN B. WAGNER
                                      Unites States Attorney

                                      /s/ Matthew D. Segal
                                      MATTHEW D. SEGAL
                                      Assistant United States Attorney

DATED: February 7, 2014        LAW OFFICE OF CHRISTOPHER HAYDN-MYER

                                      /s/ Christopher Haydn-Myer
                                      CHRISTOPHER HAYDN-MYER
                                      Attorney for Defendant Georgiy Timofey

### ORDER

GOOD CAUSE APPEARING and based on the foregoing stipulation, it is ordered that that the Certificate of Title to the 1996 Volkswagen registered to Vera G. Timofey, can be released from the Court Clerk's Office and returned to Vera Timofey.

**IT IS SO ORDERED.**

Dated: February 10, 2014

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE